1  RYAN J. WORKS, ESQ. (NSBN 9224)
   AMANDA M. PERACH (NSBN 12399)
2  McDONALD CARANO WILSON LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada  89102
   Telephone: 702.873.4100
4  rworks@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
5
   *Attorneys for Nationwide Title Clearing, Inc.*
6
7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9  SALMA AGHA-KHAN, MD., an individual,          Case No.: 2:16-cv-02928-APG-PAL

10               Plaintiff,

11 vs.                                           **NATIONWIDE TITLE CLEARING
                                                 INC.'S *EX PARTE* MOTION TO
   WELLS FARGO BANK, NA, A US BANK;              EXTEND DEADLINE TO ANSWER
12 WELLS FARGO FINANCIAL NATIONAL                OR OTHERWISE RESPOND TO
   BANK, A National Banking Association; WELLS   COMPLAINT (FIRST REQUEST)
13 FARGO HOME MORTGAGE, a Wells Fargo
   Bank, NA subsidiary; MORTGAGE
14 ELECTRONIC REGISTRATION SYSTEMS,
   INC., a Delaware agency/corporation, form
15 unknown; MERSCORP HOLDINGS INC,
   holding/parent company of MERS INC.; TBI
16 MORTGAGE COMPANY, a mortgage company;
   GMAC MORTGAGE, LLC FKA GMAC
17 MORTGAGE CORPORATION, a financial
   lending business; OCWEN FINANCIAL
18 CORPORATION, a financial concern, form
   unknown; MARIN CONVEYANCING CORP
19 AKA MARIN CONVEYANCING
   CORPORATION, a lending corporation form
20 unknown; EXECUTIVE TRUSTEE SERVICES,
   LLC, a defunct Delaware company form unknown;
21 FIRST AMERICAN TITEL COMPANY, a title
   agency form unknown; FIRST AMERICAN TITLE
22 INSURANCE COMPANY, a title Insurance
   company form unknown; ROUTH CRABTREE
23 OLSEN PS, a law firm in California; EDWARD T.
   WEBER, an individual and attorney at Routh
24 Crabree Olsen PS; BRETT P. RYAN, an individual
   and attorney at Routh Crabree Olsen PS;
25 JOHNATHAN J. DAMEN, an individual and
   attorney at Routh Crabree Olsen PS; JEFF ROMIG
26 AKA JEFFREY L. ROMIG, an individual;
   PATRICIA J. KRAUSE, an individual;
27 GREENPOINT MORTGAGE FUNDING, INC., a
   mortgage company form unknown;
28 SERVICELINK AKA SERVICELINK, LLC a

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702) 873-4100 • FAX (702) 873-9966

1  business organization form unknown; LSI TITLE
   AGENCY INC, a title agency form unknown;
2  CHICAGO TITLE COMPANY, a title company
   form unknown; FIDELITY NATIONAL
3  DEFAULT SOLUTIONS INC, a company form
   unknown; NATIONWIDE TITLE CLEARING, a
4  title company form unknown; AMANDA ROSE
   JONES, an individual and Assistant Secretary for
5  MERS Inc; KRISTOPHER JAMES SANDBERG,
   a Wells Fargo employee; AND DOES 1
6  THROUGH 1000 INCLUSIVE,

7                              Defendants.

8          Pursuant to Local Rule IA 6-1, the Defendant, Nationwide Title Clearing, Inc. ("NTC")

9  respectfully requests that the Court extend the time for it to answer the Complaint (ECF No. 1)

10 for the reasons set forth below.  This Motion is based upon the papers on file, the arguments

11 below and the Declaration of Amanda M. Perach, Esq. (the "Perach Decl.").  This is the first

12 request for an extension of the deadline to answer or otherwise respond to the Complaint.

13         1.      On January 3, 2017, general counsel for NTC received the Complaint in Palm

14 Harbor, Florida.  Perach Decl. at ¶ 4.

15         2.      The Complaint is seventy-five pages long, excluding exhibits, and includes 27

16 listed defendants.  (ECF No. 1)

17         3.      Upon receiving the Complaint, general counsel endeavored to review the

18 Complaint and following that review, NTC attempted to locate local Nevada counsel to represent

19 it in this litigation.  Perach Decl. at ¶ 5.

20         4.      NTC eventually requested that McDonald Carano Wilson, LLP serve as its

21 litigation counsel in this action; however due to the substantial amount of parties involved the

22 conflicts review took several days to complete and, therefore, the engagement could not be

23 finalized until January 13, 2017.  Perach Decl. at ¶ 6.

24         5.      Thereafter, on the morning of January 20, 2017, after reviewing the lengthy

25 Complaint, NTC's litigation counsel attempted to contact the Plaintiff, Salma Agha Khan, by

26 telephone to request an extension to answer or otherwise respond to the Complaint.  Perach Decl.

27 at ¶ 7.  To date, no response has been received.  *Id.*

28 //

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA
PHONE (702) 873-4100 • FAX (702) 873-9966

1       For these reasons, NTC respectfully requests that the Court set the time for NTC to

2   answer or otherwise respond to the Complaint for February 7, 2017, which is 14 days from the

3   current deadline to respond.

4       DATED this 23rd day of January, 2017.

5               McDONALD CARANO WILSON LLP

6             By: /s/ Amanda M. Perach

7             RYAN J. WORKS, ESQ. (NSBN 9224)
          AMANDA M. PERACH (NSBN 12399)

8             McDONALD CARANO WILSON LLP
          2300 West Sahara Avenue, Suite 1200

9             Las Vegas, Nevada  89102
          Telephone: 702.873.4100

10            rworks@mcdonaldcarano.com
          aperach@mcdonaldcarano.com

11

12            *Attorneys for Defendant*
          *Nationwide Title Clearing, Inc.*

13

14            IT IS SO ORDERED:

15

16            UNITED STATES MAGISTRATE JUDGE

17            DATED: _January 24, 2017

18

19

20

21

22

23

24

25

26

27

28

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA
PHONE (702)873-4100 • FAX (702) 873-9966

1

## CERTIFICATE OF SERVICE

2       I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that

3   on the 23rd day of January, 2017, I served a true and correct copy of the foregoing

4   **NATIONWIDE TITLE CLEARING INC.'S *EX PARTE* MOTION TO EXTEND**

5   **DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (FIRST**

6   **REQUEST)** via the Court's electronic filing system and U.S. Mail, as follows:

7       Salma Agha-Khan, M.D.
        3751 Motor Ave, #34272
8       Los Angeles, CA  90034
        Telephone: (949)332-0330
9       Email: salmahagha@aol.com

10      *Pro Se Plaintiff*

11

12                                              */s/*  Marianne Carter
                                                An employee of McDonald Carano Wilson LLP

13

14  377932

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA
PHONE (702)873-4100 • FAX (702) 873-9966

1  RYAN J. WORKS, ESQ. (NSBN 9224)
2  AMANDA M. PERACH (NSBN 12399)
   McDONALD CARANO WILSON LLP
3  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada  89102
4  Telephone: 702.873.4100
   rworks@mcdonaldcarano.com
5  aperach@mcdonaldcarano.com

6  *Attorneys for Nationwide Title Clearing, Inc.*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  SALMA AGHA-KHAN, MD., an individual,          Case No.: 2:16-cv-02928-APG-PAL

10                             Plaintiff,
                                                 **DECLARATION OF AMANDA M.**
11 vs.                                           **PERACH, ESQ. IN SUPPORT OF**
                                                 **NATIONWIDE TITLE CLEARING**
12 WELLS FARGO BANK, NA, A US BANK;              **INC.'S *EX PARTE* MOTION TO**
   WELLS FARGO FINANCIAL NATIONAL                **EXTEND DEADLINE TO ANSWER**
13 BANK, A National Banking Association; WELLS   **OR OTHERWISE RESPOND TO**
   FARGO HOME MORTGAGE, a Wells Fargo            **COMPLAINT (FIRST REQUEST)**
14 Bank, NA subsidiary; MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS,
15 INC., a Delaware agency/corporation, form
   unknown; MERSCORP HOLDINGS INC,
16 holding/parent company of MERS INC.; TBI
   MORTGAGE COMPANY, a mortgage company;
17 GMAC MORTGAGE, LLC FKA GMAC
   MORTGAGE CORPORATION, a financial
18 lending business; OCWEN FINANCIAL
   CORPORATION, a financial concern, form
19 unknown; MARIN CONVEYANCING CORP
   AKA MARIN CONVEYANCING
20 CORPORATION, a lending corporation form
   unknown; EXECUTIVE TRUSTEE SERVICES,
21 LLC, a defunct Delaware company form unknown;
   FIRST AMERICAN TITEL COMPANY, a title
22 agency form unknown; FIRST AMERICAN TITLE
   INSURANCE COMPANY, a title Insurance
23 company form unknown; ROUTH CRABTREE
   OLSEN PS, a law firm in California; EDWARD T.
24 WEBER, an individual and attorney at Routh
   Crabree Olsen PS; BRETT P. RYAN, an individual
25 and attorney at Routh Crabree Olsen PS;
   JOHNATHAN J. DAMEN, an individual and
26 attorney at Routh Crabree Olsen PS; JEFF ROMIG
   AKA JEFFREY L. ROMIG, an individual;
27 PATRICIA J. KRAUSE, an individual;
   GREENPOINT MORTGAGE FUNDING, INC., a
28 mortgage company form unknown;
   SERVICELINK AKA SERVICELINK, LLC a

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702) 873-4100 • FAX (702) 873-9966

1   business organization form unknown; LSI TITLE
    AGENCY INC, a title agency form unknown;
2   CHICAGO TITLE COMPANY, a title company
    form unknown; FIDELITY NATIONAL
3   DEFAULT SOLUTIONS INC, a company form
    unknown; NATIONWIDE TITLE CLEARING, a
4   title company form unknown; AMANDA ROSE
    JONES, an individual and Assistant Secretary for
5   MERS Inc; KRISTOPHER JAMES SANDBERG,
    a Wells Fargo employee; AND DOES 1
6   THROUGH 1000 INCLUSIVE,

7                    Defendants.

8          I, Amanda M. Perach, declare as follows:

9          1.     I am over the age of eighteen (18) years.  I have personal knowledge of the facts

10   stated within this Declaration.  If called as a witness, I would be competent to testify to these

11   facts.

12         2.     I am an attorney licensed to practice law in the State of Nevada, an associate with

13   the law firm of McDonald Carano Wilson LLP ("McDonald Carano"), and attorney of record for

14   defendant Nationwide Title Clearing, Inc. ("NTC") in the action entitled Salma Agha-Khan, MD.

15   v. Wells Fargo Bank, NA, et al., Case No. 2:16-cv-02928-APG-PAL, pending in the United

16   States District Court, District of Nevada (the "Action").

17        3.     This Declaration is submitted in support of NTC's Motion to Extend Deadline to

18   Answer or Otherwise Respond to Complaint (First Request) ("Motion") and is made of my own

19   personal knowledge except where stated on information and belief, and as to those matters, I

20   believe them to be true, and I am competent to testify thereto if called upon to do so.

21        4.     Upon information and belief, on January 3, 2017, general counsel for NTC

22   received the Complaint in Palm Harbor, Florida.

23        5.     Upon further information and belief, upon receiving the Complaint, general

24   counsel endeavored to review the Complaint and following that review, NTC attempted to locate

25   local Nevada counsel to represent it in this litigation.

26        6.     NTC eventually requested that McDonald Carano Wilson, LLP serve as its

27   litigation counsel in this action; however due to the substantial amount of parties involved the

28

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA
PHONE (702)873-4100 • FAX (702) 873-9966

1    conflicts review took several days to complete and, therefore, the engagement could not be

2    finalized until January 13, 2017.

3        7.    Thereafter, on the morning of January 20, 2017, after reviewing the lengthy

4    Complaint, I attempted to contact the Plaintiff, Salma Agha Khan, by telephone to request an

5    extension to answer or otherwise respond to the Complaint.  To date, no response has been

6    received.

7        I, Amanda M. Perach, do hereby declare under penalty of perjury that that the foregoing

8    is true and correct.

9    Executed on: January 23, 2017        /s/ *Amanda M. Perach*

10                                            Amanda M. Perach, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA
PHONE (702)873-4100 • FAX (702) 873-9966