1  Marni Rubin Watkins, Esq.
   Nevada Bar No. 9674
2  FIDELITY NATIONAL LAW GROUP
   8363 W. Sunset Road Ste. 120
3  Las Vegas, Nevada 89113
   Tel: (702) 667-3000
4  Fax: (702) 697-2020
   Email: marni.watkins@fnf.com
5  Attorneys for Defendants Chicago Title Company
   Fidelity National Default Solutions
6  ServiceLinks, LLC and LSI Title Agency, Inc

7

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 SALMA AGHA-KHAN, M.D., an individual,   )   Case No.: 2:16-cv-02928-APG-PAL
                                           )
12              Plaintiff,                 )
                                           )
13         vs.                             )   **MOTION TO EXTEND TIME TO**
                                           )   **RESPOND TO COMPLAINT**
14                                         )
   WELLS FARGO BANK, NA, A US BANK;        )
15 WELLS FARGO FINANCIAL NATIONAL BANK, )
   A National Banking Association; WELLS FARGO )
16 HOME MORTGAGE, a Wells Fargo Bank, NA   )
   subsidiary; MORTGAGE ELECTRONIC         )
17 REGISTRATION SYSTEMS, INC., a Delaware  )
   agency/corporation, form unknown; MERSCORP )
18 HOLDINGS INC, holding/parent company of MERS )
   INC.; TBI MORTGAGE COMPANY, a mortgage  )
19 company; GMAC MORTGAGE, LLC FKA GMAC )
   MORTGAGE CORPORATION, a financial lending )
20 business; OCWEN FINANCIAL CORPORATION, )
   a financial concern, form unknown; MARIN )
21 CONVEYANCING CORP AKA MARIN             )
   CONVEYANCING CORPORATION, a lending     )
22 corporation form unknown; EXECUTIVE     )
   TRUSTEE SERVICES, LLC, a defunct Delaware )
23 company form unknown; FIRST AMERICAN    )
   TITLE COMPANY, a title agency form unknown; )
24 FIRST AMERICAN TITLE INSURANCE          )
   COMPANY, a title Insurance company form )
25 unknown; ROUTH CRABTREE OLSEN PS, a law )
   firm in California; EDWARD T. WEBER, an )
26 individual and attorney at Routh Crabee Olsen PS; )
   BRETT P. RYAN, an individual and attorney at )
27 Routh Crabree Olsen PS; JOHNATHAN J.    )
   DAMEN, an individual and attorney at Routh )
28 Crabree Olsen PS; JEFF ROMIG AKA JEFFREY L. )

| | |
|---|---|
| 1 | ROMIG, an individual; PATRICIA J. KRAUSE, an individual; GREENPOINT MORTGAGE |
| 2 | FUNDING, INC., a mortgage company form unknown; SERVICELINK AKA SERVICELINK, |
| 3 | LLC a business organization form unknown; LSI TITLE AGENCY INC, a title agency form unknown; |
| 4 | CHICAGO TITLE COMPANY, a title company form unknown; FIDELITY NATIONAL DEFAULT |
| 5 | SOLUTIONS INC, a company form unknown; NATIONWIDE TITLE CLEARING, a title company |
| 6 | form unknown; AMANDA ROSE JONES, an individual and Assistant Secretary for MERS Inc; |
| 7 | KRISTOPHER JAMES SANDBERG, a Wells Fargo employee; AND DOES 1 THROUGH 1000 |
| 8 | INCLUSIVE, |
| 9 | Defendants. |

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Servicelink AKA Servicelinks LLC ("SericeLinks"), LSI Title Agency Inc. ("LSI") and Fidelity National Default Solutions Inc. ("Fidelity National Default") (collectively "Moving Defendants" or "Defendants") hereby request an order granting additional time, up to and including March 6, 2017, to file a responsive pleading to Plaintiff's pro per 75 page, 236 paragraph Complaint. This is the first request for an extension of this deadline.

This Motion is based upon the attached points and authorities, the pleadings and papers on file herein and any arguments of counsel that may be considered at the hearing on this Motion by the Court.

DATED this 30th day of January, 2017.

FIDELITY NATIONAL LAW GROUP

/s/ Marni Rubin Watkins
Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
8363 W. Sunset Rd., Ste 120
Las Vegas, NV 89113
Attorneys for ServiceLink AKA
ServiceLinks LLC, LSI Title Agency, Inc.
Fidelity National Default Solutions

Fidelity National
Law Group
8363 W Sunset Road, Ste. 120
Las Vegas, Nevada 89113
(702) 667-3000

Page 2 of 5

## POINTS AND AUTHORITIES

Plaintiff commenced this lawsuit on December 16, 2016, by filing her pro per Complaint (ECF No. 1). The Complaint spans 75 pages, asserts 16 causes of action, each of which require a response. The Complaint identifies Moving Defendants, among the 26 separate individual and entity defendants named but does not specify the Moving Defendants involvement in the underlying transaction.

Counsel was informed regarding this lawsuit while responding to another lawsuit filed by Plaintiff in the United States District Court, District of Nevada, Case No. 2:16-cv-01124-JCM-NJK. It is currently unclear when or even if all of the Moving Defendant have been served. Nonetheless, Moving Defendants do not want to risk having a default entered against them and therefore, by this Motion, all Moving Defendants jointly request an extension of time to respond to the Complaint. Moving Defendants request an answer date of March 6, 2017. This request is being made pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) as the time period to respond to the Complaint has not yet passed for any of the Defendants.

Good cause exists to extend the time to respond to the pro per Complaint because (1) Moving Defendants have not yet been served; (2) the Complaint contains 75 pages of pleadings and 16 causes of action; and (3) the Complaint is vague as to the Moving Defendants involvement in the alleged wrongdoing and therefore the research necessary to respond to the 236 paragraphs of allegations is extensive. The requested time is needed to investigate the facts and analyze the applicable law in order to prepare a response.

Moreover, on December 16, 2016, Plaintiff filed an Adversary Complaint in the U.S Bankruptcy Court, Eastern District of California, Adversary Proceeding #: 16-01107. The Adversary Complaint pleads causes of action related to the Property at issue in this case: 2448 Granada Bluff Court, Las Vegas, NV 89135 (the "Property"). Just as with the case here, the allegations contained in the Adversarial Complaint contend that defendants recorded and filed false and/or fraudulent non-judicial foreclosure documents. Moving Defendants need

Fidelity National Law Group
1363 W. Sunset Road, Ste. 120
Las Vegas, Nevada 89113
(702) 667-3000

additional time to determine the impact that the Bankruptcy Case and Adversarial Case have on the instant litigation.

## CONCLUSION

For the foregoing reasons, Moving Defendants respectfully request an extension of the time to respond to Plaintiff's Complaint until March 6, 2017.

DATED this 30th day of January, 2017.        FIDELITY NATIONAL LAW GROUP

/s/ Marni Rubin Watkins
Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
8363 W. Sunset Road Ste. 120
Las Vegas, NV 89113
Attorneys for Defendants
ServiceLink AKA
ServiceLinks LLC, LSI Title Agency, Inc.
Fidelity National Default Solutions

IT IS SO ORDERED this 2nd day of February, 2017.

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned employee of Fidelity National Law Group, hereby certifies that she served a copy of the foregoing **MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** upon the following parties on the date below entered (unless otherwise noted), at the fax numbers and/or addresses indicated below by: [X] (i) placing said copy in an envelope, first class postage prepaid, in the United States Mail at Las Vegas, Nevada, [ ] (ii) via facsimile, [ ] (iii) via courier/hand delivery, [ ] (iv) via overnight mail, and/or [ ] (v) via electronic delivery (email).

Salma Agha-Khan, M.D.
3751 Motor Avenue, #34272
Los Angeles, CA 90034
*Plaintiff*

Jeffrey L. Romig and Patricia Romig (Krause)
2448 Granada Bluff Court
Las Vegas, NV 89135
*Defendants*

Megan K. Dorsey, Esq.
KOELLER NEBEKER CARLSON & HALUCK, LLP.
400 S. Fourth Street, Suite 600
Las Vegas, NV 89101
*Attorneys for Defendants,*
 *TBI Mortgage Company*

DATED: 1/30/2017

/s/ *Mia L. Hurtado*
An employee of Fidelity National Law Group

Fidelity National
Law Group
1363 W. Sunset Road, Ste. 120
Las Vegas, Nevada 89113
(702) 667-3000