UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALMA AGHA-KHAN, MD., an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, A US BANK; WELLS FARGO FINANCIAL NATIONAL BANK, A National Banking Association; WELLS FARGO HOME MORTGAGE, a Wells Fargo Bank, NA subsidiary; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware agency/corporation, form unknown; MERSCORP HOLDINGS INC., holding/parent company of MERS INC.; TBI MORTGAGE COMPANY, a mortgage company; GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION, a financial lending business; OCWEN FINANCIAL CORPORATION, a financial concern, form unknown; MARIN CONVEYANCING CORP AKA MARIN CONVEYANCING CORPORATION, a lending corporation form unknown; EXECUTIVE TRUSTEE SERVICES, LLC, a defunct Delaware company form unknown; FIRST AMERICAN TITLE COMPANY, a title agency form unknown; FIRST AMERICAN TITLE INSURANCE COMPANY, a title Insurance company form unknown; ROUTH CRABTREE OLSEN PS, a law firm in California; EDWARD T. WEBER, an individual and attorney at Routh Crabtree Olsen PS; BRETT P. RYAN, an individual and attorney at Routh Crabtree Olsen PS; JOHNATHAN J. DAMEN, an individual and attorney at Routh Crabtree Olsen PS; JEFF ROMIG AKA JEFFREY L. ROMIG, an individual; PATRICIA J. KRAUSE, an individual; GREENPOINT MORTGAGE FUNDING, INC., a mortgage company form unknown; SERVICELINK AKA SERVICELINK, LLC a business organization form unknown; LSI TITLE AGENCY INC, a title agency form unknown; CHICAGO TITLE COMPANY, a title company form unknown; FIDELITY | Case No. 2:16-cv-02928-APG-PAL<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT NATIONWIDE TITLE CLEARING, INC. ONLY**<br><br>(ECF No. 31) |

| | |
|---|---|
| NATIONAL DEFAULT SOLUTIONS INC, a company form unknown; NATIONWIDE TITLE CLEARING, a title company form unknown; AMANDA ROSE JONES, an individual and Assistant Secretary for MERS Inc.; KRISTOPHER JAMES SANDBERG, a Wells Fargo employee; AND DOES 1 THROUGH 1000 INCLUSIVE,<br><br>                    Defendants. | |

On February 7, 2017, defendant Nationwide Title Clearing, Inc. (NTC) moved to dismiss the plaintiff's complaint. ECF No. 31. The plaintiff's opposition to that motion was due 14 days later. ECF No. 32; Local Rule 7-2(b). To date, the plaintiff has not opposed NTC's motion. Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion."

IT IS THEREFORE ORDERED that defendant Nationwide Title Clearing, Inc.'s motion to dismiss **(ECF No. 31) is GRANTED.** All claims against Nationwide Title Clearing, Inc. are dismissed without prejudice.

DATED THIS 13th day of March, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE