UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALMA AGHA-KHAN,<br><br>               Plaintiff,<br>v.<br>WELLS FARGO BANK N.A., et al.<br><br>               Defendants. | Case No. 2:16-cv-02928-APG-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 52) |

This matter is before the court on the Substitution of Attorney (ECF No. 52). Michael R. Hogue of Greenberg Traurig, LLP seeks leave to be substituted in place of YanXiong Li of Wright Finlay & Zak, LLP for Defendants Ocwen Financial Corp., Mortgage Electronic Registrations Systems, Inc., and Merscorp Holdings, Inc. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 52) is **GRANTED**.
2. Michael R. Hogue of Greenberg Traurig, LLP is substituted in the place of YanXiong Li of Wright Finlay & Zac LLP for Defendants Ocwen Financial Corp., Mortgage

/ / /

/ / /

/ / /

/ / /

Electronic Registrations Systems, Inc., and Merscorp Holdings, Inc, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 16th day of March, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE