# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Salma Agha-Khan,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Wells Fargo Bank, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-2928-APG-PAL<br><br>**ORDER DISMISSING DEFENDANTS MARIN CONVEYANCING CORPORATION, GREENPOINT MORTGAGE FUNDING, INC., and AMANDA ROSE JONES** |

On May 4, 2017, the plaintiff was advised by the court (ECF No. 83) that this action would be dismissed without prejudice as to defendants Marin Conveyancing Corporation, Greenpoint Mortgage Funding, Inc., and Amanda Rose Jones unless on or before June 3, 2017, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause for lack of service. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendants Marin Conveyancing Corporation, Greenpoint Mortgage Funding, Inc., and Amanda Rose Jones only.

Dated: June 7, 2017.

　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE